LINDSAY ANNE WESTON
Attorney  State Bar No. 73132
1411 W. Covell Blvd., Ste. 106, No.283
Davis, California 95616-5934
(530) 756-7774

Attorney for Defendant,
DEANGELO DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. CR S-98-0114 FCD |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING AND TO SET |
| | ) BRIEFING SCHEDULE; |
| v. | ) ORDER. |
| DEANGELO DAVIS, | ) |
| Defendant. | ) |
| | ) |

The parties to this matter, Defendant DEANGELEO DAVIS by and through

his appointed counsel of record, Lindsay Anne Weston, and Plaintiff, United States

of America, by and though counsel, Assistant United States Attorney William S.

Wong, hereby stipulate and request this Court to continue the sentencing in this

matter which is schedule for December 19, 2005, at 9:30 a.m. to February 13, 2006

at 9:30 a.m. and to set the briefing schedule below.

This case is before the Court on a limited remand from the Ninth Circuit

Court of Appeals in which the appellate court reversed the conviction on count 4 of

the indictment, a violation of 18 U.S.C. 924 (c)(1), which carried a mandatory 20

year sentence. The pre-sentence report, which was disclosed to the parties on

December 5, 2005, recommends a sentence of 867 months instead of the original

-1-

PDF created with pdfFactory trial version www.pdffactory.com

968 months to reflect the adjusted guideline level of the underlying bank robbery conviction. In order to allow the parties adequate time to address the recommendations contained in the revised presentence report, counsel request the continuance of the sentencing and agree upon the following briefing schedule for response to the presentence report: Defense position re PSR to be filed by January 9, 2006;  Government response to defense position and PSR to be filed by January 30, 2006;  Defense (optional) reply to be filed by February 6, 2006.

The basis for this stipulation and accompanying order is this pleading, and all of the other files and records in this matter.

DATED: December 14, 2005          Respectfully submitted.

S/Lindsay Anne Weston/S

_____
LINDSAY ANNE WESTON
Attorney for Deangelo Davis

S/William S. Wong/S

_____
WILLIAM S. WONG
Assistant United States Attorney
Attorney for Respondent

## ORDER

IT IS SO ORDERED.


DATED:  December 15, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com