LINDSAY ANNE WESTON
Attorney  State Bar No. 73132
1411 W. Covell Blvd., Ste. 106, No.283
Davis, California 95616-5934
(530) 756-7774

Attorney for Defendant,
DEANGELO DAVIS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **No. CR-S-98-114-FCD** |
| Plaintiff, | ) |
| | ) **STIPULATION TO CONTINUE** |
| v. | ) **RESENTENCING ON REMAND;** |
| | ) **ORDER** |
| DEANGELO DAVIS, | ) |
| Defendant. | ) |
| | ) |

THE PARTIES TO THIS ACTION, DEANGELO DAVIS, by and through

his appointed counsel of record, Lindsay Anne Weston, and Plaintiff United

States of America, through its counsel, Assistant United States Attorney William

S. Wong, hereby stipulate and request this Court to continue the resentencing on

remand scheduled in this matter on February 13, 2006, at 9:30 a.m. to March 6,

2006, at 9:30 a.m. The parties further request this Court to adopt the following

schedule for informal and formal objections to the presentence report;

Informal objections to the presentence report to be filed no later than

February 13, 2006;

Final presentence report to be disclosed to the parties no later than February 21, 2006;

Formal objections to the final presentence report to be filed no later than February 27, 2006.

The reason for this continuance, which is made at the request of the defense, is to allow defense counsel adequate time to read the applicable trial transcripts which counsel, who was not trial counsel, believes are necessary to review in order to understand the factual basis for the presentence recommendation and to respond to the presentence report.  The new briefing schedule has been cleared with the probation officer, Terri Wilkins.

This Stipulation is also based on all records and pleadings in this matter.

Resepctfully submitted,

/s/Lindsay Anne Weston

DATED:  February 3, 2006

_____
LINDSAY ANNE WESTON
Counsel for Defendant Davis


/s/ William S. Wong

DATED: February 3, 2006

_____
WILLIAM S. WONG
Counsel for Plaintiff
United States of America

1

## **ORDER**

2  IT IS SO ORDERED.

3

4  DATED: February 7, 2006

5

6

7                              /s/ Frank C. Damrell Jr.

8                              FRANK C. DAMRELL, JR.
                               United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28