1    A.    I don't remember.  It wasn't a lot.  I don't remember

2    specifically.

3    Q.    Did you get equal shares with the other three?

4    A.    No.  I didn't.

5    Q.    How much did you get?

6    A.    I don't remember.  It wasn't a lot.  I don't remember

7    though.

8    Q.    After the the money was counted and divided between

9    the four of you did they remain at the apartment?

10   A.    No.  Marcel Swift and DeAngelo Davis headed back to

11   Vallejo, and I gave Jason a ride back to Vallejo in my car.

12   Q.    Let me bring your attention to December the 12th,

13   1995.  Did you participate in the robbery of a First

14   Federal Credit Union here in Sacramento?

15   A.    Yes.  I did.

16   Q.    Whose idea was it to rob the First Federal Credit

17   Union?

18   A.    I don't really remember whose idea it was.  I don't

19   remember.

20   Q.    Let me draw your attention to the morning of

21   December 12, 1995.

22         Was there a meeting in which you participated?

23   A.    At my apartment?

24   Q.    Yes.  Was there a meeting?

25   A.    Yes.

1   Q.      Who was present at that meeting?

2   A.      Jason Smith, Marcel Swift, DeAngelo Davis.

3   Q.      And this meeting occurred where?

4   A.      At my apartment.

5   Q.      And was this prior to the robbery?

6   A.      Yes.  It was.

7   Q.      Did you see what type of vehicles they arrived in?

8   A.      There was a green Honda Civic that I believe belonged

9   to Marcel's girlfriend and a stolen van.

10  Q.      What happened inside your apartment during this

11  meeting?

12  A.      Like we did the first one, as soon as they arrived --

13  within 10 - 15 minutes after they arrived we went and

14  scoped out First Federal.

15  Q.      And when you said you went and scoped it out, who

16  participated in scoping out the credit union?

17  A.      Jason Smith, Marcel Swift, DeAngelo Davis and myself.

18  Q.      And what was the purpose of scoping out that credit

19  union?

20  A.      Basically to see -- that day it was raining real

21  hard, and it was windy.  It was a real bad day, and I

22  remember DeAngelo saying that it was the perfect day to do

23  a robbery.  And we felt as though because of the conditions

24  we wanted to see which road -- because trees were going

25  down that day and everything.  So we wanted to find the

1    best possible route back to my apartment after doing the

2    robbery.

3    Q.    Now, inside your apartment did anybody bring any

4    items necessary for the robbery?

5    A.    Clothes were brought.

6    Q.    Who brought the clothes?

7    A.    I don't remember who brought them.  But it was a

8    duffle bag with sweats and gloves and, I believe, sun

9    glasses that was brought.  There was a handgun

10   semiautomatic that was brought and a machine gun.

11   Q.    When you say, "machine gun", what are you referring

12   to?

13   A.    That's like a Mack 11, the same similar gun that was

14   used in the first robbery.

15   Q.    Like a Mack or an UZI-type gun?

16   A.    Correct.

17   Q.    These items, were they in your apartment before

18   Marcel Swift, Jason Smith and DeAngelo Davis arrived that

19   morning?

20   A.    No.  They weren't.

21   Q.    Who brought them?

22   A.    They came with the other three gentlemen.

23   Q.    Now, were there any discussions inside the apartment

24   regarding who was going to do what?

25   A.    I don't remember.

516

1    Q.    What role did you play in the second robbery?

2    A.    My role was identical to the first Golden One Credit

3    Union robbery where I would be the driver of the cold car.

4    Q.    And what cold car were you going to use for this

5    robbery?

6    A.    The same blue Volvo.

7    Q.    Was there any discussion about who was going to go

8    inside the credit union?

9    A.    I believe there was, but I don't remember exactly

10   what was said.

11   Q.    Who went into the credit union?

12   A.    Jason Smith and Marcel Swift.

13   Q.    How do you know that?

14   A.    I know that from after it happened, and we returned

15   to the apartment with the money.  And when we counted it up

16   Marcel and Jason were joking and kind of teasing DeAngelo

17   that he didn't go inside so he shouldn't deserve the equal

18   share as to what they got.

19   Q.    Now, in your apartment was there anybody -- did

20   anybody put on any additional clothing?

21   A.    Yes.  They pulled sweats over their normal street

22   clothes.  They pulled sweats on, and --

23   Q.    Now, when you say, "they", who are you referring to?

24   A.    Jason Smith and Marcel Swift.  They pulled sweats

25   over their pants and over their torso.

MARGARET A. McNAMARA, CSR No. 6729 - (916) 446-1347

1    Q.      Did they have anything to cover their face?

2    A.      I don't remember seeing anything.  I believe I saw

3    bandanas, I believe, but that was at my apartment.  I

4    didn't see them -- I can't remember if they took them or

5    what, but all that stuff was in the duffle bag.

6    Q.      Do you recall seeing any type of baseball caps?

7    A.      Yeah.

8    Q.      During the first robbery did you see baseball caps in

9    your apartment?

10   A.      I don't remember which robbery it was, but I did see

11   baseball caps within the string of robberies.

12   Q.      Did you see any -- strike that.

13           Now, leaving your apartment after Marcel Swift and

14   Jason Smith put on this outer layer of clothing, who drove

15   which vehicle?

16   A.      I drove the Volvo.  DeAngelo Davis drove the stolen

17   van, and Marcel drove the Honda Civic.

18   Q.      And where did you go?

19   A.      We went to a residential street which ran along the

20   back side of the First Federal Credit Union.

21   Q.      What happened after you got there?

22   A.      I parked my Volvo.  DeAngelo pulled up behind, and

23   Marcel pulled up behind in the van.  Jason exited my car

24   and entered the van.  Marcel entered the van, and they

25   drove off headed towards the bank.

1    Q.    Did you see who was driving the van?

2    A.    DeAngelo Davis.

3    Q.    How long were they gone?

4    A.    Five - ten minutes, maybe less.  Less than ten

5    minutes.

6    Q.    And while they were gone what did do you?

7    A.    I sat in the Volvo until they came back.

8    Q.    And did they return?

9    A.    Yes.  They did.

10   Q.    When they returned was Mr. Swift or Mr. Smith dressed

11   any differently?

12   A.    Yes.  They had their normal clothes on minus the

13   sweats that they put on at my apartment.

14   Q.    After they returned to your location what happened

15   then?

16   A.    Jason climbed in the car with me, and Marcel and

17   DeAngelo got into the green civic.

18   Q.    What happened next?

19   A.    We drove back to my apartment -- drove back to my

20   apartment.

21   Q.    After you got back to your apartment did they count

22   the money?

23   A.    Yeah.  We all counted the money.

24   Q.    How much money was there this time?

25   A.    I believe 100,000.

MARGARET A. McNAMARA, CSR No. 6729 - (916) 446-1347

1   A.      I had the opportunity to look at my prior statements.

2   Yes.

3   Q.      When did you get those statements provided to you to

4   review?

5   A.      Two weeks ago.

6   Q.      And how many prior statements were you given to

7   review?

8   A.      I'm not sure.

9   Q.      It was more than one; wasn't it?

10  A.      Yes.

11  Q.      Do you remember the dates of the prior statements

12  that you were given to review?

13  A.      Not exactly, not specifically.  I know they were my

14  statements that I made in 1998.

15  Q.      Let me back up then.  You met with them yesterday and

16  then about two weeks ago.

17          When was the last time before two weeks ago that you

18  met with them to go over your statements?

19  A.      I believe it was 1998.

20  Q.      Four years ago?

21  A.      Yes.

22  Q.      You testified in 1998; didn't you?

23  A.      Yes.

24  Q.      When did you testify?  Do you remember the date of

25  that?

1    A.      I believe it was May or June of 1998 -- June, 1998.

2    Q.      Did you have an opportunity to review the statements

3    that you made at the time you were testifying in court?

4    A.      I don't understand the question.

5    Q.      You know when you are testifying the court reporter

6    writes it down and prepares what we call a transcript.

7            Did you get a chance to review your testimony that

8    you made back in 1998?

9    A.      Yes.

10   Q.      When did you get that to review?

11   A.      Approximately two weeks ago.

12   Q.      And when you met with Mr. Wong and Mr. Wilson did

13   they confirm that you had an opportunity to review and

14   study those particular statements that you had been given?

15   A.      I don't understand the question.

16   Q.      Did they ask you did you read over your statements?

17   A.      I don't recall that.

18   Q.      But you had read over the statements?

19   A.      Yes.  I had.

20   Q.      And they confirmed that you had done that?

21   A.      To the best of my knowledge, yes.

22   Q.      So that by the time you met with Mr. Wong yesterday

23   you had reviewed the statements prepared by law enforcement

24   from times when you had been interviewed?

25   A.      Prior to coming to court yesterday I read my prior

1    statements.  Yes.

2    Q.    And do you recall how many times you gave separate

3    statements to Mr. Wong?

4    A.    I don't know the number offhand, the exact number.

5    Q.    Can you give me your best estimate of that?

6    A.    The estimate of how many times I had a statement --

7    Q.    Yeah.  How many times were you given an opportunity

8    to review them?

9    A.    It was more than three, maybe four.

10   Q.    By the way, you were originally arrested and charged

11   with robberies of credit unions back in -- what was it,

12   1997?

13   A.    Correct.

14   Q.    Do you remember the date?

15   A.    The date when I was arrested?

16   Q.    Yeah.

17   A.    I remember it was the day before Thanksgiving, 1997.

18   Q.    And how long did you spend in custody as a result of

19   that arrest?

20   A.    Maybe ten days.

21   Q.    And you've been out ever since?

22   A.    Correct.

23   Q.    Was your first statement given while you were in

24   custody?

25   A.    I don't recall.

556

1    Q.    Do you recall when you first talked to police

2    officers, agents of the FBI or whatever -- do you recall

3    where you were?

4    A.    It was when they arrested me.

5    Q.    Where were you when you met with them for the first

6    time to give a statement?

7    A.    What do you mean where?  What location?  What city?

8    Q.    Yeah.  Let's start with that.

9    A.    I was in Alameda County.

10   Q.    Where were you in Alameda County?

11         MR. WONG:  Your Honor, I'm going to make an objection

12   as to relevancy.

13         THE COURT:  I'm going to allow some inquiry.  This is

14   cross examination.

15         MR. WONG:  Your Honor, can we have a sidebar

16   conference then?

17         THE COURT:  All right.

18                        ---oOo---

19         (Whereupon there was a reported side-bar discussion.)

20         MR. WONG:  Your Honor, I don't want him to ask him

21   where he lives or where he was arrested.

22         THE COURT:  Is that where we're going?

23         MR. DAWSON:  No.

24         THE COURT:  Because I don't want you to go there.

25         (Whereupon the side-bar discussion was concluded.)

1    Q.    BY MR. DAWSON:  I think before the interruption, sir,

2    you indicated you were in Alameda County.

3          Where in Alameda County; do you recall?

4    A.    Alameda County Jail.

5    Q.    You were at the jail?

6    A.    I was on my way to the jail.

7    Q.    Where were you taken for the interview?

8    A.    I don't remember.

9    Q.    Do you remember who was present at that time when you

10   were first interviewed?

11   A.    I remember Agent Wilson was present.

12   Q.    He is the agent seated at the table here with

13   Mr. Wong?

14   A.    Correct.

15   Q.    Who else?

16   A.    I don't remember their names.

17   Q.    How many people were present?

18   A.    I'm not sure.  I'd say three -- four.

19   Q.    Was Mr. Wong present; do you recall?

20   A.    No.  He wasn't.

21   Q.    And it's my understanding at that time you told the

22   FBI that you were not involved in any robberies; is that

23   right?

24   A.    I'm not sure.

25   Q.    You don't recall telling them that?

1    A.     I'm not sure.

2    Q.     Was that one of the statements you were given to

3    review when you were given these documents to prepare

4    yourself for your testimony today?

5    A.     Yes.  It was.

6    Q.     Are you telling me you don't remember that from the

7    interview?

8    A.     I could have possibly said that, but --

9    Q.     Sir, can I complete my question?

10   A.     Sure.

11   Q.     Are you telling me that you don't remember that from

12   the time the interview occurred, or you don't remember from

13   having your memory refreshed about what you said?

14   A.     I don't understand what you just said.

15   Q.     You don't recall telling them you weren't involved in

16   any robberies?

17   A.     I don't recall the exact quote.  I'm sure I probably

18   said it.  Yeah.

19   Q.     When you say you're sure you probably said it, what

20   makes you so sure?

21   A.     Because at the time I was nervous.  Because it was my

22   first time being arrested so I lied.

23   Q.     So you lied to the FBI right out of chute?

24   A.     Yeah.

25   Q.     Do you remember being told at that time what possible

1    sentence you could face based upon the two robbery charges

2    that you had been arrested for?

3    A.    I don't remember.

4    Q.    Do you recall anything you told them that first time

5    other than that you lied to them?

6    A.    I remember -- again, I'm not sure exactly what I

7    said.  But I remember, I believe, at the time I did say

8    that I did do the two robberies that I was charged with.

9    Q.    Do you recall that for certain, or is it just your

10   speculation?

11   A.    Just speculation.

12   Q.    Do you remember telling them that you knew of four

13   bank robberies and up to ten people that might be involved

14   in them during that first interview?

15   A.    In the first interview I said that I knew of two bank

16   robberies and possibly two others.  Correct.  I don't

17   recall saying ten people though.

18   Q.    Do you recall the date that that interview took

19   place?

20   A.    I believe it was December of '97.

21   Q.    Does the date of November 26, 1997 sound about right

22   to you?

23   A.    I'm sorry.  That's correct.

24   Q.    Shortly after giving that statement you were released

25   from custody on a bond arrangement?

1    Q.    Would you point him out and tell us what he is

2    wearing?

3    A.    Over there to the left in the pink shirt.

4         MR. WONG:  Your Honor, will the record reflect that

5    the witness has identified the defendant DeAngelo Davis?

6         THE COURT:  It will so reflect.

7    Q.    BY MR. WONG:  On December the 12th, five days later,

8    1995, did you participate in the credit union robbery of

9    the First Federal Credit Union?

10   A.    Yes.

11   Q.    Who participated in that robbery with you?

12   A.    DeAngelo Davis, Andre Robinson, Jason Smith and

13   myself.

14   Q.    Is that the same DeAngelo Davis you just pointed out?

15   A.    Yes.  It is.

16   Q.    On February 20, about two months later, did you

17   participate in a robbery of the U.S. Bank on Merkeley Way

18   in Sacramento?

19   A.    Yes.  I did.

20   Q.    And did some others participate in that robbery with

21   you?

22   A.    Correct.

23   Q.    Who participated in that robbery with you?

24   A.    DeAngelo Davis, Erik Chukes, Andre Robinson and

25   myself.

1    Q.    Now, let me take you back to the first one, the

2    Golden One Credit Union.

3          Was there a meeting before that robbery?

4    A.    Yes.  There was.

5    Q.    Where was that meeting held?

6    A.    At Andre Robinson's apartment.

7    Q.    Who was at that meeting?

8    A.    Myself, Andre Robinson, DeAngelo and Jason.

9    Q.    What happened at that meeting?

10   A.    Basically we discussed what we was going to do, who

11   was going to do what, and that's it.

12   Q.    Did anybody bring guns to that particular meeting?

13   A.    Yes.  We had guns.

14   Q.    What kind of particular guns were brought there?

15   A.    Mack 11.

16   Q.    Mack --

17   A.    Eleven.

18   Q.    Was Mr. Davis in the room when the Mack was produced?

19   A.    Yes.

20   Q.    Did Mr. Davis know that a gun was going to be used to

21   commit that robbery?

22   A.    Yes.

23   Q.    How do you know that?

24   A.    Because he was there.

25   Q.    Who brought the guns?

1    A.    We both did.   I brought a gun, and he brought a gun.

2    Q.    When you say, "he", who are you referring to?

3    A.    DeAngelo brought a gun.

4    Q.    Was there clothing brought to this particular

5    meeting?

6    A.    Yes.

7    Q.    What kind of clothes were there?

8    A.    Dark clothing, sweats, bandanas, hats.

9    Q.    What was the purpose of those clothes?

10   A.    To cover our regular clothes.

11   Q.    What was the plan to do after the robbery with that

12   clothing?

13   A.    Leave them in the van.

14   Q.    Were gloves brought to that robbery?

15   A.    Yes.   It was.

16   Q.    What type of gloves?

17   A.    Latex gloves.

18   Q.    And who wore the gloves?

19   A.    I wore some gloves, and Jason wore some gloves; and

20   DeAngelo wore some gloves.

21   Q.    Now, let's go into the roles in the first robbery,

22   the First Federal Credit Union robbery.

23         What was your role?

24   A.    My role was to go to the registers or inside the

25   vault to take the money.

 1    Q.    Mr. Davis, what was his respective role?

 2    A.    To drive the car.

 3    Q.    Which car?

 4    A.    The van.

 5    Q.    Was that the stolen van?

 6    A.    Yes.

 7    Q.    And was he parked outside of the credit union during

 8    the course of the robbery?

 9    A.    Yes.

10    Q.    Now, lastly what was Mr. Robinson's perspective role?

11    A.    To wait in the getaway car.

12    Q.    Was he parked a short distance away?

13    A.    Yes.

14    Q.    Was he driving the cold car?

15    A.    Yes.

16    Q.    Was there a meeting before the second robbery?

17    A.    Yes.

18    Q.    Where did that meeting occur?

19    A.    At Andre Robinson's apartment.

20    Q.    At this meeting who attended?

21    A.    It was myself, Jason, Andre and DeAngelo.

22    Q.    And what happened that meeting?

23    A.    We discussed our roles, and that's it.

24    Q.    Was the gun -- were guns brought to this meeting?

25    A.    Yes.

1    Q.    How do you know that?

2    A.    Because I was there.  I brought one.

3    Q.    Was a gun produced so everybody who participated in

4    the robbery -- were they able to see the guns?

5    A.    No, but everybody knew.

6    Q.    How do you know that?

7    A.    Because we was all there.

8    Q.    Was a discussion had regarding use of a gun for that

9    robbery?

10   A.    It was supposed to go down the same way as the last

11   one with guns.

12   Q.    The last one, meaning the Golden One Federal Credit

13   Union?

14   A.    Yes.

15   Q.    Who brought the guns?

16   A.    I brought a gun, and DeAngelo brought a gun -- no.

17   Excuse me.  I brought a gun, and Jason brought a gun.

18   Q.    During the course of this robbery did you wear

19   gloves?

20   A.    Yes.

21   Q.    What type of gloves?

22   A.    Latex gloves.

23   Q.    During the course of this robbery did Mr. Smith,

24   Jason Smith wear gloves?

25   A.    Yes, sir.

1     the robberies at the Golden One Credit Union and the First

2     Federal Credit Union?

3     A.     That would be 1996.

4     Q.     Before or after your first plea?

5     A.     After my first plea.

6     Q.     And do you remember when that was that you entered

7     that first plea?

8            Was it in July of 1996?

9     A.     Yes.

10    Q.     When you met with them for the first time did you

11    tell them who the participants were with you in the robbery

12    of that Golden One Credit Union?

13    A.     Not everyone.  I didn't tell them who everyone was.

14    Q.     Do you remember telling them that you committed that

15    robbery with Jason Smith and Andre -- I'm sorry, a person

16    named Terry and a person named Andre?

17    A.     Yes.

18    Q.     Did you tell them that Mr. Davis was in that robbery

19    with you?

20    A.     No.  I didn't.

21    Q.     When you talked to them about the robbery of the

22    First Federal Credit Union did you tell them that Mr. Davis

23    was involved in that with you?

24    A.     No.  I didn't.

25    Q.     Was that interview done with the purpose of gaining

MARGARET A. McNAMARA, CSR No. 6729 - (916) 446-1347

1    some leniency, some consideration from the Government?

2    A.    Yes.  That was one of the reasons.  Yes.

3    Q.    And  you lied to them during that interview?

4    A.    Yes.

5    Q.    Who did you say was the participant in those two

6    robberies with you in place of Mr. Davis?

7    A.    In place of Mr. Davis I said that it was Terry.

8    Q.    And you knew that to be Terry Amons?

9    A.    Yes, Terry Amons.

10   Q.    Also known as Car Killer?

11   A.    Yes.

12   Q.    Now, that first interview was followed up by a second

13   interview; was it not, some few days later, maybe two weeks

14   or so?

15   A.    Yeah.  I remember -- I don't know exactly.

16   Q.    I'm sure the dates by now have sort of escaped your

17   memory.

18         Do you remember that first interview being on the

19   28th of July of 1997?

20   A.    The first one -- I remember the first one was in

21   July.

22   Q.    All right.  And then the second one that you talked

23   to them about the same things was August 13 of 1997?

24   A.    I'm not sure of the exact dates.

25   Q.    Was it roughly two weeks later?

1    A.    Yes.

2    Q.    Okay.  Your attorney was present on both those

3    occasions?

4    A.    Yes.

5    Q.    That's Mike Bigalow?

6    A.    Yes.

7    Q.    And the second time you talked to them did you

8    again -- strike that.

9          On that second occasion when you spoke with the

10   agents you were still seeking to get their consideration?

11   A.    Yes.

12   Q.    And did you then tell them the truth?

13   A.    I don't think it was at the second one.  I don't

14   think I told the truth then.

15   Q.    Pardon?

16   A.    At the second one -- I don't think it was at the

17   second one I told the truth.

18   Q.    You told them again that it was Terry Amons that was

19   the driver of the car in these two robberies that we were

20   just talking about; right?

21   A.    Yes.

22   Q.    Did you mention on either of those two interviews the

23   robbery that you are now talking about on the 20th of

24   February of 1996?

25   A.    Excuse me?

1    Q.    Did you mention the robbery of the 20th of February

2    of 1996?

3    A.    At that particular meeting?

4    Q.    Yeah.

5    A.    I don't think so.  I don't think it was that meeting.

6    Q.    It may be an unfair question because I don't know.

7          Have you had a chance to review those statements that

8    you gave before you came to testify?

9    A.    Yes.  I did.

10    Q.    So you were given copies of those to review to get

11    things fresh in your mind?

12    A.    Yes.

13    Q.    And you didn't mention that robbery of the U.S. Bank

14    in the first interview; did you?

15    A.    No.  I didn't.

16    Q.    So you lied to the officers at that time in terms of

17    your involvement in these crimes?

18    A.    They never asked me about it.

19    Q.    You never told them because they didn't ask you?

20    A.    That's correct.

21    Q.    Weren't you told that they wanted to know everything

22    you knew about those robberies, what you've done wrong?

23    A.    They never brought that up.

24    Q.    So you didn't feel any need to tell them?

25    A.    No, not at the time.

1    Q.    What about that second interview in August, did you

2    mention anything about that robbery on that occasion?

3    A.    I don't think so.

4    Q.    You didn't; did you?

5    A.    I don't know.

6    Q.    Do you recall when you first mentioned the U.S. Bank

7    robbery?

8    A.    I think it may have been at the third meeting.

9    Q.    Well, you've had a chance to review the statement

10   that you gave at that time?

11   A.    Yes.

12   Q.    When you reviewed those statements before you came to

13   court to testify did they appear to be accurate based on

14   the events that you participated in?

15   A.    Yes.

16   Q.    If you had another chance to review it would it

17   refresh your memory about whether you told them you had

18   anything to do with the U.S. Bank robbery?

19         MR. DAWSON:  If I may approach the witness, your

20   Honor?

21         THE COURT:  You may.

22   Q.    BY MR. DAWSON:  Sir, I have a copy of a report

23   concerning a statement you gave on October the 28th, 1997.

24         Would you take a look at that and see if that

25   refreshes your memory and see if that's the third interview

1    you gave?

2    A.    Yeah.  This is it.

3    Q.    Is there any mention in that interview of the third

4    robbery that you say you did with Mr. Davis?

5    A.    Yes.

6    Q.    Pardon?

7    A.    Yes.

8    Q.    Can you show me where that is?

9          Are you referring down to the bottom of page 2?

10   A.    Yes.

11   Q.    That's where you indicate that DeAngelo Davis drove

12   the van during the robbery in February of 1996?

13   A.    This here is the second.

14   Q.    That doesn't refer to the third robbery at all; does

15   it?

16   A.    No.  It doesn't.

17   Q.    That's where you said instead of Terry Amons it was

18   Mr. Davis in December; right?

19   A.    Yes.

20   Q.    Then you say you've been lying?

21   A.    Up until this particular meeting right here?

22   Q.    Right.

23   A.    Yes.

24   Q.    And in fact you were still lying; weren't you?

25   A.    Right here?  No.