McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-98-114 FCD |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE RESENTENCING ON REMAND |
| v. | ) |
| DEANGELO DOMINICO DAVIS, | ) |
|   aka D'Angelo Dominco Davis, | ) DATE: March 6, 2006 |
| | ) TIME: 9:30 A.M. |
| Defendant. | ) CTRM: Hon. Frank C. Damrell, Jr. |

The United States of America, through its attorneys of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Assistant United States Attorney William S. Wong, and Lindsay Anne Weston, Esq., attorney for defendant Deangelo Dominico Davis, hereby stipulate and request this Court to continue the re-sentencing on remand scheduled for March 6, 2006, at 9:30 a.m., to March 27, 2006 at 9:30 a.m.

Counsel for government has been in trial with <u>United States v. Slater, et al.</u>, CR-03-0371, from January 18 through January 27, 2006, and then immediately started preparing for another trial <u>United States v. Washington</u>, CR-S-05-519, which is currently in progress. Therefore, government counsel requires additional time

in order to prepare its response to defendant's late Sentencing Memorandum.  The government will file its response by March 13, 2006.

DATED: March 3, 2006                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                   By:/s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

DATED: March 3, 2006

                                        /s/ Lindsay Anne Weston
                                        LINDSAY ANNE WESTON
                                        Attorney for Defendant Davis

_____

**ORDER**

    IT IS SO ORDERED.

DATED: March 3, 2006

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL, JR.,
                                        United States District Court