```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      ) CR. S-98-114 FCD
                                   )
12               Plaintiff,        ) STIPULATION AND ORDER
                                   ) TO CONTINUE RESENTENCING ON REMAND
13          v.                     )
                                   ) "AS MODIFIED"
14  DEANGELO DOMINICO DAVIS,       )
      aka D'Angelo Dominco Davis,  ) DATE:  April 17, 2006
15                                 ) TIME:  9:30 A.M.
                 Defendant.        ) CTRM:  Hon. Frank C. Damrell, Jr.
16  _____)
```

17        The United States of America, through its attorneys of record,
18  McGregor W. Scott, United States Attorney for the Eastern District
19  of California, and Assistant United States Attorney William S. Wong,
20  and Lindsay Anne Weston, Esq., attorney for defendant Deangelo
21  Dominico Davis, hereby stipulate and request this Court to continue
22  the re-sentencing on remand scheduled for April 17, 2006, at 9:30
23  a.m., to May 8, 2006 at 9:30 a.m.

24  DATED: April 13, 2006              Respectfully submitted,

25                                     McGREGOR W. SCOTT
                                       United States Attorney
26

27                                     By:/s/ William S. Wong
                                          WILLIAM S. WONG
28                                        Assistant U.S. Attorney

                                1

1 DATED: April 13, 2006

2
3           /s/ Lindsay Anne Weston
            LINDSAY ANNE WESTON
            Attorney for Defendant Davis

4 _____

5                              **ORDER**

6    The re-sentencing on remand scheduled for April 17, 2006, at
7 9:30 a.m., to May 8, 2006 at 9:30 a.m. The Government shall file a
8 response by April 26, 2006.  The defendant may file a reply by
9 May 3, 2006.

10    **IT IS SO ORDERED.**

11 DATED: April 17, 2006
                               /s/ Frank C. Damrell Jr.
12                             HON. FRANK C. DAMRELL, JR.,
                               United States District Court

2