1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

5

6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,       ) CR. S-98-114 FCD
                                   )
11              Plaintiff,         ) STIPULATION AND ORDER
                                   ) TO CONTINUE RESENTENCING ON REMAND
12         v.                      )
                                   ) **"AS MODIFIED"**
13 DEANGELO DOMINICO DAVIS,        )
      aka D'Angelo Dominco Davis,  ) DATE: May 8, 2006
14                                 ) TIME: 9:30 A.M.
                Defendant.         ) CTRM: Hon. Frank C. Damrell, Jr.
15 _____ )

16      The United States of America, through its attorneys of record,

17 McGregor W. Scott, United States Attorney for the Eastern District

18 of California, and Assistant United States Attorney William S. Wong,

19 and Lindsay Anne Weston, Esq., attorney for defendant Deangelo

20 Dominico Davis, hereby stipulate and request this Court to continue

21 the re-sentencing on remand scheduled for May 8, 2006, at 9:30 a.m.,

22 to May 30, 2006 at 9:30 a.m. Government response due by May 16, 2006

23 and defendant reply due by May 23, 2006.

24 DATED: April 28, 2006           Respectfully submitted,

25                                 McGREGOR W. SCOTT
                                   United States Attorney
26

27                                 By:/s/ William S. Wong
                                      WILLIAM S. WONG
28                                    Assistant U.S. Attorney

                                 1

DATED: April 28, 2006

                                         /s/ Lindsay Anne Weston
                                         Telephonically authorized to sign for
                                         LINDSAY ANNE WESTON
                                         Attorney for Defendant Davis

_____

**ORDER**

**IT IS SO ORDERED.**

DATED: April 28, 2006

                                         /s/ Frank C. Damrell Jr.
                                         HON. FRANK C. DAMRELL, JR.
                                         United States District Court