UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

U.S. Court of Appeals
95 Seventh Street
San Francisco, CA 94103–1526

ATTENTION: RECORDS UNIT

| | |
|---|---|
| **RE:** | USA vs. D'ANGELO DOMINICO DAVIS |
| **USCA No.:** | 06–10527 |
| **USDC No.:** | 2:98–CR–00114–FCD |

The following Clerk's Record on Appeal (or Supplemental Record on Appeal) in the above entitled action is hereby transmitted to the Court of Appeals.

**Volumes of Files: 4.**
**Paper Documents: 1 to 182.**
**Volumes of Expandable Folders: 4.**
**Electronic Documents: 183 to 221.**

　　Documents maintained electronically by the district court are accessible through
　　PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

　　　　　　　　　　　　　　　　　　Very truly yours,

**January 24, 2008**　　　　　　　　　/s/  **R. Matson**
　　　　　　　　　　　　　　　　　　Deputy Clerk

RECEIVED BY:
　　　　　　　　　　　USCA Deputy Clerk (Please Print)

DATE RECEIVED: