LINDSAY ANNE WESTON
Attorney  State Bar No. 73132
1477 Drew Ave. Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant,
DEANGELO DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D'ANGELO DAVIS,<br><br>　　　　　Defendant. | No. CR-S-98-114-FCD<br><br>**STIPULATION AND ORDER TO CONTINUE RESENTENCING HEARING** |

THE PARTIES TO THIS ACTION, D'ANGELO DAVIS, by and through his appointed counsel of record, Lindsay Anne Weston, and Plaintiff United States of America, through its counsel, Assistant United States Attorney William Wong, hereby stipulate and request this Court to continue the sentencing hearing scheduled in this matter on September 8, 2008, at 10:00 a.m. to October 6, 2008, at 10:00 a.m.

This case is before the Court for re-sentencing on a limited remand from the Ninth Circuit Court of Appeal. This Court requested undersigned defense counsel to contact the Defendant to determine if he wants to be present at the re-sentencing or if he would waive his presence. Although defense counsel has written the

-1-

Defendant, undersigned has not yet received a response. A continuance of the sentencing hearing will give the Government sufficient time to obtain the presence of the defendant by writ, should he chose to be present at the re-sentencing hearing. This Stipulation is also based on all records and pleadings in this matter.

    Resepctfully submitted,

    /s/Lindsay Anne Weston

DATED:  September 4, 2008    _____
    LINDSAY ANNE WESTON
    Counsel for Defendant Davis

    /s/ William Wong per e-mail authority
DATED: September 4, 2008    _____
    WILLIAM S. WONG
    Counsel for Plaintiff
    United States of America

## **ORDER**

IT IS SO ORDERED.

DATED:  September 4, 2008    _____
    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE