1  LINDSAY ANNE WESTON
   Attorney  State Bar No. 73132
2  1477 Drew Ave. Suite 106
   Davis, California 95618
3  (530) 756-7774

4  Attorney for Defendant,
   DEANGELO DAVIS
5

6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,  )  No. CR-S-98-0114-FCD
                              )
10          Plaintiff,        )  **STIPULATION AND ORDER TO**
                              )  **CONTINUE RESENTENCING**
11     v.                     )  **HEARING**
                              )
12 D'ANGELO DAVIS,            )
                              )
13          Defendant.        )
                              )
14 _____)

15

16     THE PARTIES TO THIS ACTION, D'ANGELO DAVIS, by and through

17 his appointed counsel of record, Lindsay Anne Weston, and Plaintiff United States

18 of America, through its counsel, Assistant United States Attorney William Wong,

19

20 hereby stipulate and request this Court to continue the sentencing hearing

21 scheduled in this matter on October 6, 2008, at 10:00 a.m. to November 17, 2008,

22 at 10:00 a.m.

23

24     This case is before the Court for re-sentencing on a limited remand from the

25 Ninth Circuit Court of Appeal.  A continuance of the sentencing hearing is

26

27 necessary to allow the Government sufficient time to obtain the presence of the

28

-1-

defendant by writ. This Stipulation is also based on all records and pleadings in this matter.

                                        Resepctfully submitted,

                                        /s/Lindsay Anne Weston

DATED:  October 3, 2008            _____
                                        LINDSAY ANNE WESTON
                                        Counsel for Defendant Davis

                                        /s/ William Wong per e-mail authority
DATED: October 3, 2008              _____
                                        WILLIAM S. WONG
                                        Counsel for Plaintiff
                                        United States of America

## **ORDER**

IT IS SO ORDERED.

DATED:  October 6, 2008            _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE