```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-98-114 FCD |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE RESENTENCING ON REMAND |
| v. | ) |
| DEANGELO DOMINICO DAVIS, | ) |
| aka D'Angelo Dominco Davis, | ) DATE: November 17, 2008 |
| | ) TIME: 10:00 a.m. |
| Defendant. | ) CTRM: Hon. Frank C. Damrell, Jr. |

The United States of America, through its attorneys of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Assistant United States Attorney William S. Wong, and Lindsay Anne Weston, Esq., attorney for defendant Deangelo Dominico Davis, hereby stipulate and request this Court to continue the resentencing on remand scheduled for November 17, 2008, at 10:00 a.m., to December 15, 2008, at 10:00 a.m.

The parties require additional time to thoroughly research

///
///
///
///

1

whether the defendant needs to be present for the resentencing hearing.

                                              Respectfully submitted,

                                              McGREGOR W. SCOTT  
                                              United States Attorney

DATED: November 12, 2008        By: /s/ William S. Wong  
                                              WILLIAM S. WONG  
                                              Assistant U.S. Attorney

DATED: November 12, 2008        By: /s/ Lindsay Anne Weston  
                                              LINDSAY ANNE WESTON  
                                              Attorney for Defendant Davis

_____

**ORDER**

    Good cause having been shown, it is hereby ordered that the resentencing on remand scheduled for November 17, 2008, at 10:00 a.m. be continued to December 15, 2008, at 10:00 a.m.

DATED: November 12, 2008

                                              FRANK C. DAMRELL, JR.  
                                              UNITED STATES DISTRICT JUDGE