LINDSAY ANNE WESTON
Attorney  State Bar No. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant,
DEANGELO DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-98-114-FCD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE RESENTENCING HEARING AND SET FOR A STATUS CONFERENCE** |
| v. | |
| D'ANGELO DAVIS, | |
| Defendant. | |

THE PARTIES TO THIS ACTION, D'ANGELO DAVIS, by and through his appointed counsel of record, Lindsay Anne Weston, and Plaintiff United States of America, through its counsel, Assistant United States Attorney William Wong, hereby stipulate and request this Court to continue the sentencing hearing scheduled in this matter on December 15, 2008, at 10:00 a.m. to February 2, 2009, at 10:00 a.m. for a status conference and a ruling on the Government's motion to proceed with the re-sentencing without the defendant's presence.

This case is before the Court for re-sentencing on a limited remand from the Ninth Circuit Court of Appeal.  The Government filed a motion with this Court requesting the re-sentencing proceed without Mr. Davis's presence. Mr. Davis

-1-

advised undersigned defense counsel he wishes to be present for the sentencing hearing. The parties agree that the defense will file a response to Government's motion no later than January 5, 2009, and that the Government will file an optional reply no later than January 26, 2009. The parties request the matter be placed on calendar for a status conference and ruling on the motion on February 2, 2009, at 10:00 a.m. This Stipulation is also based on all records and pleadings in this matter.

Resepctfully submitted,

/s/Lindsay Anne Weston

DATED:  December 11, 2008      _____
LINDSAY ANNE WESTON
Counsel for Defendant Davis


/s/William Wong per telephonic authority
DATED: December 11, 2008      _____
WILLIAM S. WONG
Counsel for Plaintiff
United States of America


**IT IS SO ORDERED.**

DATED: December 12, 2008      _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE