IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,        No. CR S-98-0114 FCD DAD P

    vs.

D'ANGELO DOMINICO DAVIS,

    Movant.        <u>ORDER</u>

_____/

    Respondent has requested a sixty-day extension of time to file a response to movant's motion to vacate, set aside, or correct sentence pursuant to the court's order of July 26, 2011. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's August 10, 2011 request for an extension of time (Doc. No. 265) is granted; and

    2. Respondent shall file its response on or before October 26, 2011. Movant's traverse or opposition to any motion to dismiss, is due thirty days from the date of service of respondent's response.

DATED: August 10, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
davi0114.236