IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-98-0114 KJM DAD P

    vs.

D'ANGELO DOMINICO DAVIS,

    Movant.                      <u>ORDER</u>

_____/

        On February 2, 2012, counsel for respondent filed a notice requesting a hearing on movant's January 18, 2012 motion for an extension of time to file and serve a motion for leave to amend the § 2255 motion, a memorandum of points and authorities and a proposed amended § 2255 motion, or a notice that no such motion for leave to amend will be filed. By order filed on the same day as respondent's request, the undersigned granted movant's request for an extension of time. The court finds that no further hearing is necessary.

        Accordingly, IT IS ORDERED that:

        1. Respondent's February 2, 2012 request for a hearing (Doc. No. 279) is denied; and

/////

/////

1

2. The hearing set for February 10, 2012 at 10:00 a.m. before the undersigned shall be dropped from the court's civil law and motion calendar.

DATED: February 3, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
davi0114.vachear