IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Respondent, | No. CR S-98-0114 KJM DAD P |
| | vs. | |
| D'ANGELO DOMINICO DAVIS, | | |
| | Movant. | ORDER |
| _____/ | | |

       This matter came before the court on April 13, 2012, for a hearing on movant's second request for an extension of time to file and serve either a motion for leave to amend the pending § 2255 motion, memorandum of points and authorities and the proposed amended § 2255 motion, or to file a notice that no such motion for leave to amend will be filed. Edgar Page of Page & Page appeared on behalf of movant. Assistant U.S. Attorney William Wong appeared on behalf of respondent.

       Upon consideration of the parties' briefing and arguments during the hearing, the movant's request for a second extension of time will be granted.

       Accordingly, IT IS ORDERED that:

       1. Movant's March 22, 2012 request for a second extension of time (Doc. No. 282) is granted in part;

2. On or before May 14, 2012, movant shall file and serve either a motion for leave to amend the § 2255 motion, a memorandum of points and authorities and a proposed amended § 2255 motion, or a notice that no such motion for leave to amend will be filed. No further extensions of time will be granted for this purpose.

DATED: April 16, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
davi0114.eotmlta2