IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                      No. 2:98-cr-00114-KJM-DAD P

    vs.

D'ANGELO DOMINICO DAVIS,

    Movant.                          __ORDER__

_____/

        On June 4, 2012, the undersigned issued an order requiring movant to file and serve either a motion for leave to amend his pending § 2255 motion or a notice that no such motion for leave to amend would be filed by June 11, 2012. Thereafter, movant's counsel sought reconsideration of that order by the assigned District Judge. On August 8, 2012, the assigned District Judge denied the motion for reconsideration and required that movant file his motion or notice that no such motion would be filed by August 13, 2012. (Doc. Nos. 300 & 302.) In compliance with that order, on August 13, 2012 counsel for movant filed a motion for leave to file an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

        Inexplicably, counsel for respondent has failed to respond to that motion in any way since it's filing. Under the Local Rules of this court, an opposition are statement of non-opposition to the pending motion to amend should have been filed long ago. See E.D. Cal. Local

1

1  Rules 230(c) and 430.1(d).  Moreover, this is not the first time the court has been required to
2  direct counsel for respondent to take action in this matter.  (See Doc. Nos. 262 & 285.)  This
3  court is not responsible for advising counsel when to respond to pending motions.  Any future
4  failure on counsel's part to timely respond to a pending motion will result in the imposition of
5  sanctions, which may include counsel's failure to file opposition being deemed as a statement of
6  non-opposition to the motion.  See E.D. Cal. Local Rule 230(c).  On this final occasion, the court
7  will order respondent to file its opposition or statement of non-opposition to the pending motion
8  for leave to amend filed by movant on August 13, 2012.

9        IT IS HEREBY ORDERED that within twenty-one days from the date of this
10 order, respondent shall file its opposition or non-opposition to movant's motion for leave to file
11 an amended motion to vacate, set aside, or correction his sentence.  Movant's reply, if any, shall
12 be filed within fourteen days after service of respondent's opposition.  The court will issue a
13 ruling on movant's motion without a hearing unless either party notifies the court within fourteen
14 days from the date of this order that a hearing is requested.

15 DATED: October 22, 2012.

                              /s/ Dale A. Drozd
                              DALE A. DROZD
18 DAD:4                        UNITED STATES MAGISTRATE JUDGE
davi0114.ltaoppo