IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                         No. 2:98-cr-00114-KJM-DAD P

   vs.

D'ANGELO DOMINICO DAVIS,

    Movant.                           ORDER

_____/

        Movant is a federal prisoner proceeding with counsel on his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Before the court is movant's August 13, 2012 motion seeking leave to amend his pending § 2255 motion. The proposed amended motion seeking relief pursuant to § 2255 was attached to movant's motion for leave to amend. (See Doc. No. 303-1.) On November 9, 2012, respondent filed a response to that motion informing the court that the government did not oppose movant's motion for leave to amend. Therefore, the court will grant the motion for leave to amend and direct respondent to file an answer to the amended § 2255 motion.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Movant's August 13, 2012 motion for leave to file an amended § 2255 motion (Doc. No. 303) is granted.

2. The Clerk of the Court is directed to file movant's amended § 2255 motion which was attached to his motion for leave to amend (Doc. No. 303-1), using the date of this order as the filing date.

3. Within sixty days from the date of this order, respondent shall file an answer to the amended § 2255 motion. <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the amended motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed. Subsequently, the undersigned will issue findings and recommendations addressing the § 2255 motion without oral arguments unless either party requests oral argument by properly noticing the matter for hearing after consulting with the undersigned's courtroom deputy regarding available dates for such a hearing. If so requested, oral argument shall be set no later than thirty days after movant's traverse is due.

4. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's amended § 2255 motion, on the United States Attorney or his authorized representative.

DATED: November 19, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
davi0114.206a