UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>D'ANGELO DOMINICO DAVIS,<br><br>Respondent. | No.  2:98-cr-0114 KJM DAD P<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding through counsel with an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On July 2, 2014, this court issued findings and recommendations which recommended that movant's § 2255 motion be denied. (ECF No. 328.)  At that time the parties were advised that they could file and serve objections to those findings and recommendations within fourteen days.  (Id.)

On July 15, 2014, counsel for movant filed a timely request for a fourteen day extension of time to file objections to the July 2, 2014 findings and recommendations. (ECF No. 329.)  In a document filed later that same day, movant's counsel informed the court that respondent had no objection to his request for an extension of time. (ECF No. 330.)

On July 16, 2014, movant filed his own motion for a ninety-day extension of time to file objections to the July 2, 2014 findings and recommendations. (ECF No. 331.) In that document, movant explained that his request for an extension of time was "due to a conflict of interests

1

between his current counsel of record, and the need to retain new counsel to represent him in the current proceedings." (Id.)

On July 17, 2014, counsel for movant filed with the court a request to withdraw as movant's counsel and for an order granting movant's July 16, 2014 request for a ninety day extension of time to file objections to the July 2, 2014 findings and recommendations. (ECF No. 332.) In that document, counsel explained that he was not aware movant intended to file his own request for a ninety day extension of time. He also stated that he and movant "had a number of on-going differences which have become irreconcilable," and that movant had not communicated with counsel to resolve those issues. (Id. at 2-3.) Counsel stated that he inferred from these facts "that Mr. Davis has terminated counsel's representation." (Id. at 3.)

On July 18, 2014, movant filed another request for a ninety day extension of time to file objections to the July 2, 2014 findings and recommendations. (ECF No. 333.)

Local Rule 182(d) provides that "[u]nless otherwise provided herein, an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared." That rule further provides that "the authority and duty of the attorney of record shall continue until relieved by order of the Court issued hereunder." (Id.) Movant's counsel has not complied with Local Rule 182(d) in merely filing a request for permission to withdraw as movant's counsel of record. Specifically, counsel has not filed a noticed motion, with notice to his client and to respondent. Accordingly, his request to withdraw will be denied. However, the court will grant movant's counsel an additional fourteen day extension of time to file objections to the July 2, 2014 findings and recommendations. Because movant is represented by counsel, his own unauthorized request for an extension of time will also be denied.

Accordingly, IT IS ORDERED that:

1. Movant's July 15, 16, and 18, 2014 unauthorized motions for extension of time to file objections to the July 2, 2014 findings and recommendations (ECF Nos. 329, 331, 333) are denied;

/////

2

2. Movant's July 17, 2014 "motion to allow counsel to withdraw" (ECF No. 332) is denied; and

3. Movant (through his counsel of record) is granted fourteen days from the filed date of this order to file objections to the July 2, 2014 findings and recommendations. If objections have not been filed within that time, this court will forward the July 2, 2014 findings and recommendations to the assigned district court judge for a ruling on petitioner's pending motion for relief brought pursuant to 28 U.S.C. § 2255.

Dated: July 29, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Davis114.wdraw

3