HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:98-CR-114-KJM |
| Plaintiff, | APPOINTMENT ORDER |
| v. | |
| D'ANGELO DOMINICO DAVIS, | |
| Defendant. | |

Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender is appointed to represent this defendant-movant, D'ANGELO DOMINICO DAVIS, to determine whether he may qualify for relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of the Supreme Court's decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015), and to present any petitions, motions, or applications relating thereto for disposition.  Due to a conflict, the Federal Defender respectfully requests that the Office of the Federal Defender be relieved from assuming appointment in the above captioned case and that attorney

Krista Hart
Law Offices of Krista Hart
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
Email: kristahartesq@gmail.com

-1-

be appointed counsel for Mr. Davis for *Johnson* matters, further proceedings in district court, and any resulting appeal.

Dated:  May 6, 2016                               Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Carolyn M. Wiggin*
                                                  CAROLYN M. WIGGIN
                                                  Assistant Federal Defender

   I accept the appointment and ask the order to be granted.

DATED:  May 6, 2016

                                                  */s/ Krista Hart*
                                                  KRISTA HART
                                                  Attorney at Law


**O R D E R**

   IT IS SO ORDERED.

DATED: May 10, 2016.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE