Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com
Attorney for Petitioner

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>      Plaintiff,<br><br>   v.<br><br>D'ANGELO DAVIS,<br>      Defendant. | No. 2:98-cr-00114-KJM<br><br>~~PROPOSED~~ ORDER |

This confirms attorney Krista Hart is appointed pursuant to the Criminal Justice Act and General Order 563 to represent D'Angelo Davis.

The request to file an amended motion is granted, the amended motion shall be due on or before August 10, 2016.

DATED: August 1, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE