UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>D'ANGELO DOMINICO DAVIS,<br><br>Movant. | No.  2:98-cr-0114 KJM AC<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding pro se on an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  ECF No. 357.  Counsel for the government has filed a motion seeking an extension of time to respond to the motion to vacate, but has not indicated in the motion whether he has tried to obtain a stipulation to the extension from movant, who is represented by counsel.  See L.R. 144(c).

Accordingly, IT IS HEREBY ORDERED that within seven days of the filing of this order, counsel for the government shall submit a stipulated motion for extension of time or a supplemental declaration explaining why a stipulation cannot be obtained.

DATED: October 31, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE