Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com
Attorney for Petitioner

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,     Plaintiff/Respondent, | No. 2:98-cr-00114-KJM |
| v. | ORDER |
| D'ANGELO DAVIS,     Defendant/Petitioner. _____ / | |

GOOD CAUSE APPEARING the interests of justice are best served by expanding the appointment of counsel. Krista Hart is appointed to represent D'Angelo Davis in relation to the government's "Motion to Authorize Payment from Defendant's Inmate Trust Account" filed on September 20, 2017 (ECF No. 366). Mr. Davis's response, if any, shall be filed within sixty (60) days of the date of this order.

DATED: October 18, 2017.

_____
UNITED STATES DISTRICT JUDGE