IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:98-CR-00114-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER MODIFYING BRIEFING SCHEDULE** |
| D'ANGELO DAVIS, | |
| Defendant. | |

Pending before the Court is the United States' *Ex Parte* Application for Order Modifying Briefing Schedule (the Application). The Court, having reviewed the court files and finding good cause therefrom, hereby GRANTS the Application. ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES that the United States has until March 21, 2018 to file a response to defendant D'Angelo Davis' Opposition (ECF No. 380) addressing the issues set forth in the Application.

IT IS SO ORDERED.

DATED: March 20, 2018.

UNITED STATES DISTRICT JUDGE

ORDER