UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D'ANGELO DAVIS,<br><br>　　　　　Defendant. | No. 2:98-cr-00114-KJM-AC<br><br>ORDER |

　　　　　The United States' Motion to Authorize Payment from Defendant's Inmate Trust Account is before the court. ECF No. 366. Defendant has opposed, ECF No. 380, and the United States has replied. ECF No. 384. Defendant "concedes the government can seize $28,812.19." ECF No. 380 at 5. In its reply, the United States requests "a status conference 180 days from now to allow the parties to negotiate a payment schedule or seek further relief from the [c]ourt," with respect to the disputed balance the government contends is still owing. ECF No. 384 at 3.

　　　　　The motion is GRANTED IN PART, and resolution of the balance of the motion is DEFERRED until the status conference set below. The court orders the following:

　　　　　1. The Federal Bureau of Prisons (BOP) shall, within thirty (30) days from the date this order is signed, pay to the Clerk of the United States District Court $28,812.19 from defendant's inmate trust account, to be applied to defendant's restitution obligation, with payment made to the "Clerk of Court" and a

1

cashier's check or money order mailed or delivered to the United States District Court for the Eastern District of California, Attention: Clerk of Court, 501 I Street, Room 4-200, Sacramento, California 95814;

2. On the payment instrument, the BOP shall state the case name and number (*United States v. Davis*, Case No. 2:98-cr-114) and include a self-addressed, stamped envelope with the payment if the BOP wants a payment receipt; and

3. A status conference is SET for **September 19, 2018 at 9:00 a.m.**

IT IS SO ORDERED.

DATED: March 27, 2018.

_____
UNITED STATES DISTRICT JUDGE