IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>D'ANGELO DAVIS,<br><br>                Defendant. | Case No. 2:98-CR-00114-KJM-AC<br><br>**ORDER AUTHORIZING PAYMENT FROM DEFENDANT'S INMATE TRUST ACCOUNT AND GRANTING DEFENDANT'S MOTION TO WITHDRAW REQUEST FOR PAYMENT SCHEDULE** |

      Pending before the Court is the deferred portion of the United States' Motion to Authorize Payment from Defendant's Inmate Trust Account (ECF No. 366, the United States' Motion) and the Defendant's Motion to Withdraw Request for Payment Schedule (the Withdrawal Motion), ECF No. 387. The parties fully briefed the motions and appeared before the Court on September 24, 2018. The Court, having reviewed the court files and the parties' briefing, and considered counsels' oral arguments at hearing, hereby ORDERS, ADJUDGES and DECREES as follows:

      1.      The deferred portion of the United States' Motion is GRANTED.

      2.      The Federal Bureau of Prisons (the BOP), shall, within thirty (30) days from the date this order is signed, PAY to the Clerk of the United States District Court the balance in Defendant's Inmate Trust Account (presently $7,674.48) less $500, which $500 shall remain available for Defendant's use.

/////

ORDER

3.  The BOP shall MAKE the payment to the "Clerk of Court" and MAIL or DELIVER a cashier's check or money order to the United States District Court for the Eastern District of California, Attention: Clerk of Court, at 501 I Street, Room 4-200, Sacramento, California, 95814.

4.  On the payment instrument, the BOP shall STATE the case name and number (US v. Davis, Case No. 2:98-cr-000114) and include a self-addressed, stamped envelope with the payment if the BOP wants a payment receipt.

5.  From the date the BOP receives this Order to the date it makes the required payment to the Clerk of Court, the BOP shall LIMIT Defendant's withdrawal(s) of his trust account to a maximum amount of $500.

6.  Defendant's Withdrawal Motion is GRANTED.

IT IS SO ORDERED.

DATED: September 25, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER