Krista Hart
Attorney at Law
P.O. Box 188794
Sacramento, CA 95818
916-498-8398
kristahartesq@gmail.com
Attorney for defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:98-cr-00114-KJM-AC |
| Plaintiff, | |
| vs. | ORDER |
| D'ANGELO DAVIS,, | |
| Defendant | |

**GOOD CAUSE APPEARING** Krista Hart is relieved and attorney Erin Radekin, 1001 G Street, Suite 107, Sacramento, CA 95814, (916) 504-3931, erinjradekin@gmail.com, is appointed to represent D'ANGELO DAVIS.

Dated: May 24, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER - 1