UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:98-cr-00114-KJM |
| Plaintiff, | ORDER |
| v. | |
| D'Angelo Davis, | |
| Defendant. | |

In previous orders, this court denied defendant D'Angelo Davis's motions for compassionate release under 18 U.S.C. § 3582. *See generally* Order (June 24, 2020), ECF No. 417; Order (Dec. 29, 2020), ECF No. 425; Order (Mar. 24, 2021), ECF No. 435. Mr. Davis has appealed the most recent of these orders, and the appeal is pending. *See* Notice of Appeal, ECF No. 436; No. 21-10094 (9th Cir. filed Mar. 30, 2021). He is represented by counsel in the appeal and was represented by counsel in moving for compassionate release in this court. *See* Order Appointing Counsel, ECF No. 408.

Although Mr. Davis is represented and is pursuing an appeal of this court's orders denying his motions for compassionate release, he has now moved pro se to vacate or reduce his sentence under § 3582(c)(1)(A)(1), to seal exhibits filed with that motion, and to appoint counsel. *See* Mot., ECF No. 439; Req. Seal, ECF No. 440; Mot. Appoint Counsel, ECF No. 441. The court orders as follows:

1

1. The pro se motion for compassionate release is **denied**. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) (per curiam) ("The filing of a notice of appeal . . . divests the district court of its control over those aspects of the case involved in the appeal.").

2. The pro se motion to appoint counsel is **denied as moot**.

3. The pro se request to seal is **granted** to protect the sensitive personal information contained in Mr. Davis's pro se motion for compassionate release and its attached exhibits. *See, e.g.*, *United States v. Patterson*, No. 19-0230, 2020 WL 6063290, at *1 (E.D. Cal. Oct. 14, 2020) (citing *Oregonian Pub. Co. v. U.S. Dist. Ct. for Dist. of Oregon*, 920 F.2d 1462, 1466 (9th Cir. 1990)). **Within fourteen days**, counsel for Mr. Davis shall publicly file copies of these documents obscuring all sensitive personal information.

This order resolves ECF Nos. 439, 440, and 441.

IT IS SO ORDERED.

DATED: June 24, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE