**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
D'ANGELO DAVIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> D'ANGELO DAVIS, <br><br> Defendant. | CASE NO. 2:98-CR-000114-KJM <br><br> **ORDER RE: MOTION TO ENLARGE TIME TO COMPLY WITH COURT'S ORDER TO FILE REDACTED COPIES** |

## ORDER

For the reasons set forth in the accompanying motion and declaration of counsel, and good cause appearing, the time to publicly file Mr. Davis's *pro se* motion to reduce or vacate sentence and attached exhibits with sensitive personal information obscured, pursuant to the Court's order at ECF No. 442 at p. 2, is enlarged by 14 days, making it due July 22, 2021.

IT IS SO ORDERED.

Dated: ____7/12/21_____

_____
CHIEF UNITED STATES DISTRICT JUDGE

1