UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:98-cr-00114-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| D'Angelo Davis, | |
| Defendant. | |

The pro se motion to proceed in forma pauperis and to file a second petition under 28 U.S.C. § 2255 (ECF Nos. 448, 449) are **referred** to the assigned magistrate judge.

IT IS SO ORDERED.

DATED: June 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1