UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D'ANGELO DOMINICO DAVIS,<br><br>Defendant. | No. 2:98-CR-00114 KJM AC<br><br>ORDER |

On July 6, 2022, the court received the United States' motion for turnover of funds in inmate trust account under 18 U.S.C. §§ 3613(a) and 3664(k). *See* Mot., ECF No. 453. Specifically, the United States requests that the Bureau of Prisons turn over $17,322.36 from defendant's inmate trust account. *Id.* at 1. Under § 3664(k), "defendant shall notify the court . . . of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution." 18 U.S.C. § 3664(k). "The court may also accept notification of a material change . . . from the United States or from the victim." *Id*. "Upon receipt of such notification, the court may, on its own motion, or the motion of any party, including the victim, adjust the payment schedule, or require immediate payment in full, as the interests of justice require." *Id*.

Having reviewed the United Sates' motion, the court will allow defendant to file a response to the motion, in the interests of fairness. The response is due within 30 days of this

1

order.  The court also determines that appointment of counsel is appropriate.  Accordingly, this matter is **referred** to the Office of the Federal Defender to identify an Assistant Federal Defender or a Criminal Justice Act (CJA) Attorney for appointment to represent defendant in responding to the government's motion.

    IT IS SO ORDERED.

DATED: July 28, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE