UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:98-cr-0114 KJM AC |
| Respondent, | |
| v. | ORDER |
| D'ANGELO DOMINICO DAVIS, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a for leave to file a successive motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 23, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 23, 2022 (ECF No. 451), are adopted in full;

2. Movant's application to proceed in forma pauperis (ECF No. 448) is denied as unnecessary; and

3. Movant's motion to file a successive § 2255 motion (ECF No. 449) is referred to the United States Court of Appeals for the Ninth Circuit.

DATED: August 18, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE