IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:98-cr-00114 KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| D'ANGELO DOMINICO DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

The court ordered that the appointment of counsel is appropriate to respond to the government's motion. Erin Radekin has agreed to accept the appointment. Erin Radekin is hereby specially appointed effective August 2, 2022, the date she was first contacted about the case.

DATED: 8/25/2022

_____
CHIEF UNITED STATES DISTRICT JUDGE