**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
D'ANGELO DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> D'ANGELO DAVIS, <br><br> Defendant. | CASE NO. CASE NO. 2:98-CR-00114-KJM <br><br> **STIPULATON AND ORDER RE: BRIEFING SCHEDULE RELATING TO MOTION FOR TURNOVER OF FUNDS IN INMATE TRUST ACCOUNT [ECF NO. 453]** |

**STIPULATION**

Plaintiff, the United States of America, by and through its attorney, Assistant United States Attorney Lynn Trinka Ernce, and defendant, D'Angelo Davis, by and through his counsel of record, Erin J. Radekin, hereby stipulate, and jointly request, as follows:

1. By order dated July 29, 2022, the court issued an order that counsel be appointed for Mr. Davis to represent him in the motion filed by the government, Motion for Turnover of Funds in Inmate Trust Account, ECF No. 453. ECF No. 455. In the same order, the court set a deadline of 30 days from the date of the order for appointed counsel to respond – that is, the deadline was August 28, 2022. *Id.*

2. On August 26, 2022, the court issued an order, specially appointing Ms. Radekin to represent Mr. Davis in connection with this motion. ECF No. 457.

1

3. Counsel have conferred, and have agreed to request an extension of the deadline for Ms. Radekin to file a response by 15 days.

4. If approved, Ms. Radekin will file a response to the motion, or the parties will file a stipulation, by September 12, 2022.  This will allow Ms. Radekin time to consult with her client and for the parties to further confer regarding a potential agreement regarding the funds at issue.  If defendant opposes the motion, the United States requests one week to file a reply.

IT IS SO STIPULATED.

Dated:  August 30, 2022                              PHILLIP A. TALBERT
                                                     United States Attorney


                                                      /s/ Lynn Trinka Ernce
                                                     LYNN TRINKA ERNCE
                                                     Assistant U.S. Attorney


Dated:  August 30, 2022                               /s/ Erin J. Radekin
                                                     ERIN J. RADEKIN
                                                     Attorney for Defendant
                                                     D'ANGELO DAVIS

## ORDER

Good cause appearing, the parties' stipulation regarding the deadline for the response or stipulation is GRANTED.  Accordingly, the defendant's response, or a stipulation by the parties, is due by September 12, 2022.  Any reply by the United States shall be filed by September 19, 2022.

IT IS SO ORDERED.

DATED:  September 1, 2022.

CHIEF UNITED STATES DISTRICT JUDGE