**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
D'ANGELO DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>D'ANGELO DAVIS,<br><br>                              Defendant. | CASE NO. 2:98-CR-00114-KJM<br><br>**STIPULATON AND ORDER RE: BRIEFING SCHEDULE RELATING TO MOTION FOR TURNOVER OF FUNDS IN INMATE TRUST ACCOUNT [ECF NO. 453]** |

**STIPULATION**

Plaintiff, the United States of America, by and through its attorney, Assistant United States Attorney Lynn Trinka Ernce, and defendant, D'Angelo Davis, by and through his counsel of record, Erin J. Radekin, hereby stipulate, and jointly request, as follows:

1. On September 2, 2022 the court issued an order, pursuant to the parties' stipulation, that any response from the defense to the government's Motion for Turnover of Funds in Inmate Trust Account, ECF No. 453 ("the Motion"), be due by September 12, 2022. ECF No. 459. Any reply by the government was to be due by September 19, 2022. *Id*.

2. At this time, the defense does not intend to oppose the motion, and is amenable to resolution. In order to ascertain Mr. Davis's position with regard to any proposed resolution, it is necessary that Ms. Radekin speak to Mr. Davis, who is in prison. Ms. Radekin's assistant has emailed the prison requesting

1

that a confidential phone call be set up, and has received an email back indicating we would be contacted with potential dates. We have not yet been contacted with potential dates for the call, but will schedule the call as soon as reasonably available.

3. The parties have conferred, and have agreed to a deadline of October 12, 2022 by which to negotiate the terms of a proposed agreement regarding the funds at issue in the Motion, and to file a stipulation with the court setting forth the proposed agreement for approval by the court.

IT IS SO STIPULATED.

Dated: September 12, 2022                                    PHILLIP A. TALBERT
                                                             United States Attorney


                                                              /s/ Lynn Trinka Ernce
                                                             LYNN TRINKA ERNCE
                                                             Assistant U.S. Attorney


Dated: September 12, 2022                                     /s/ Erin J. Radekin
                                                             ERIN J. RADEKIN
                                                             Attorney for Defendant
                                                             D'ANGELO DAVIS


**ORDER**

Good cause appearing, the parties' stipulation regarding the deadline for a stipulation setting forth a proposed agreement between the parties as to the funds at issue in Mr. Davis's inmate trust account is GRANTED. Accordingly, a stipulation by the parties is due by October 12, 2022.

IT IS SO ORDERED.

DATED: September 28, 2022.

                                                             _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE