PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>D'ANGELO DOMINICO DAVIS,<br><br>    Defendant. | CASE NO.  2:98-CR-00114 KJM AC<br><br>**STIPULATION TO TURN OVER FUNDS IN INMATE TRUST ACCOUNT** |

The United States and defendant D'Angelo Dominico Davis, by and through their respective counsel, request that the Court approve this Stipulation that resolves the United States' Motion for Turnover of Funds in Inmate Trust Account (ECF 453).

**Recitals**

1. The Court entered a second amended judgment on April 17, 2009, which imposed a special assessment of $700.00 and restitution of $65,940.30 to his non-federal victim, with payment to begin immediately.  ECF 248.  The judgment requires payment of criminal monetary penalties during imprisonment to be made through the Bureau of Prison's (BOP) Inmate Financial Responsibility Program (IFRP) or to the Clerk of Court.  *Id.*

2. To date, defendant has paid $38,082.77, including the $35,825.38 paid from his inmate trust account by Court order.  ECF 385, 389.  As of October 12, 2022, defendant still owes restitution of $28,557.53.  *Id.*

3. The United States has moved for an order turning over to the Clerk of Court $17,322.36 that the BOP has frozen in defendant's inmate trust account, at the United States' request, so that the funds can be used to pay restitution. ECF 453. The basis for the motion is that defendant's receipt of nearly $28,000 deposited into his inmate trust account since January 2019 constitutes a material change in economic circumstances that affect his ability to pay restitution under 18 U.S.C. § 3664(k).

4. In July 2022, BOP sanctioned Davis $500 as a disciplinary measure in connection with his violation of certain BOP rules. The BOP has encumbered Davis' account for this additional reason, and BOP will continue to encumber the account until the $500 fine is paid in full.

5. As of October 7, 2022, the current balance in Davis' inmate trust account is $17,449.26.

6. The United States and Davis wish to resolve the United States' motion by stipulation on the terms set forth below and are timely submitting this stipulation and proposed order for the Court's review by the October 12, 2022 deadline. ECF 462.

## Agreement

The United States and Davis hereby stipulate and agree as follows:

A. The United States and Davis jointly request that the Court grant the motion pursuant to 18 U.S.C. § 3664(k).

B. The BOP shall turn over all but $1,000.00 in Davis' inmate trust account to the Clerk of Court to reduce Davis' restitution balance.

C. Of the $1,000.00 that remains in the account, Davis agrees that $500 shall be applied to pay his BOP fine in full, leaving Davis with $500.00 in spending money.

D. Davis agrees to comply with the requirements of his judgment and 18 U.S.C. § 3664(k) and will promptly notify the Court and the United States Attorney of material changes in his economic circumstances that might affect his ability to pay restitution.

E. Davis agrees that nothing in this stipulation and order prohibits the United States from collecting any unpaid criminal monetary penalties at any time through all available means.

///
///
///

F.  The United States and Davis each shall bear their own attorney's fees and costs.

Respectfully submitted,

FOR THE UNITED STATES:   PHILLIP A. TALBERT
United States Attorney

By:  /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney

FOR THE DEFENDANT:   By:  /s/ Erin J. Radekin (authorized 10/12/22)
ERIN J. RADEKIN
Counsel for Defendant D'Angelo Dominico Davis

\* \* \*

**O R D E R**

The Court, having reviewed the court files and the foregoing stipulation, and good cause appearing therefore, hereby APPROVES the Stipulation in its entirety.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States' motion (ECF 453) is GRANTED.

2. The Bureau of Prisons shall turn over all but $1,000.00 in defendant D'Angelo Dominico Davis' inmate trust account to the Clerk of Court to reduce Davis' restitution balance.

3. Of the $1,000.00 that remains in the account, BOP shall apply $500 to pay Davis' BOP fine in full, leaving Davis with $500.00 in spending money in his account.

4. Davis shall promptly notify the Court and the United States Attorney of material changes in his economic circumstances that might affect his ability to pay restitution.

5. Nothing in this stipulation and order prohibits the United States from collecting any unpaid criminal monetary penalties at any time through all available means.

6. The parties shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  October 19, 2022.

CHIEF UNITED STATES DISTRICT JUDGE