PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:98-CR-00114-KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| D'ANGELO DOMINICO DAVIS, | |
| Defendant. | |

On February 6, 2023, the Government requested an extension of time to file its response to Defendant's *pro se* third motion for compassionate release. Docket No. 466.

IT IS HEREBY ORDERED that the Government's response is now due February 22, 2023.

Dated: February 7, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

GOVERNMENT'S MOTION FOR EXTENSION OF TIME;
ORDER

1