UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:98-cr-00114-KJM |
| Plaintiff, | ORDER |
| v. | |
| D'Angelo Davis, | |
| Defendant. | |

D'Angelo Davis seeks compassionate release under 18 U.S.C. § 3582. The matter is fully briefed and the court submitted it for decision without a hearing. *See* Mot., ECF No. 466; Opp'n ECF No. 469; Reply, ECF No. 471. As explained in this order, the motion is **denied**.

This court denied Mr. Davis's previous motions for compassionate release and declined to reconsider those decisions in a number of orders issued in the past three years. *See* Order (June 24, 2020), ECF No. 417; Order (Dec. 29, 2020), ECF No. 425, *recons. denied* (Mar. 24, 2021), ECF No. 435, *and aff'd* (Apr. 12, 2022) (mem. dispo.), ECF No. 446; Order (June 24, 2021), ECF No. 442. Mr. Davis's current motion reiterates arguments he raised in his previous motions. The court declines to again revisit these arguments. Mr. Davis has not shown the law or his circumstances have changed, has not presented the court with a viable release plan, and has not shown his release would not put his community at risk. During the time he has sought compassionate release, for example, he has been disciplined for fighting and possessing a

1

hazardous tool and another unauthorized item. *See* Opp'n Ex. 3 at 1, ECF No. 469-1. Now, as before, "his history of violent crime, past affiliation with a gang, disciplinary record while incarcerated, and inadequate release plan" lead the court to conclude his release could put the community at risk. Order (Mar. 24, 2021) at 3, ECF No. 435. The court therefore orders as follows:

(1) The government's request (ECF No. 470) to file Mr. Davis's medical records under seal is **granted** to preserve his privacy.

(2) The motion for compassionate release (ECF No. 466) is **denied**.

(3) Any future motions for compassionate release based on arguments similar to those raised in Mr. Davis's current and previous motions will be summarily denied unless Mr. Davis demonstrates the law or the relevant circumstances have changed.

IT IS SO ORDERED.

DATED: April 11, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE