1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   United States,                          No. 2:98-cr-00114-KJM-AC

12                    Plaintiff,             ORDER

13        v.

14   D'Angelo Davis,

15                    Defendant.

16

17        Defendant D'Angelo Davis requests this court provide certified copies of all financial

18   obligations.  Request, ECF No. 485.  Mr. Davis submitted his request on November 7, 2024.  The

19   request is **denied** for lack of jurisdiction.

20        As a federal court of limited jurisdiction, this court "possesses only that power authorized

21   by Constitution and statute."  *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377

22   (1994).  As such, parties are advised the court cannot issue orders on motions or requests unless

23   the court has jurisdiction to do so under applicable constitutional strictures or statutes, including

24   in this case, the Federal Rules of Criminal and Civil Procedure.  Requests for documents detailing

25   Mr. D'Angelo's financial obligations are likely better directed to past legal counsel.

26        This order resolves ECF No. 485.

27        IT IS SO ORDERED.

28    DATED:  November 21, 2024.

                                        _____
                                        UNITED STATES DISTRICT JUDGE