Case 2:98-cr-00114-KJM-AC   Document 491   Filed 01/07/25   Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:98-cr-00114-KJM-AC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| D'Angelo Davis, | |
| Defendant. | |

Defendant D'Angelo Davis, moving pro se, again seeks compassionate release under 18 U.S.C § 3582(c)(1)(A) based on "extraordinary and compelling reasons." Mot. at 1, ECF No. 488.[1]

The court has repeatedly warned Mr. Davis that "future motions for compassionate release based on arguments similar to those raised in Mr. Davis's current and previous motions will be summarily denied unless Mr. Davis demonstrates the law or the relevant circumstances have changed." Order (Apr. 12, 2023) at 2, ECF No. 472. Several months after that warning, Davis submitted another motion for compassionate release. The court summarily denied Mr. Davis's motion and also denied his subsequent motion for reconsideration. *See* Order (July 30, 2024) at

---

[1] Mr. Davis filed two nearly identical motions, *compare* Mot. Compassionate Release (Mot.), ECF No. 488 *with* Mot. Vacate and/or Reduce Sentence, ECF No. 489. Because there are no material differences between the two motions, this order addresses both but refers only to the motion filed at ECF No. 488 for consistency.

1

1–2, ECF No. 481; Order (Oct. 7, 2024), ECF No. 484.  Mr. Davis again asserts changes in the law warrant compassionate release or a reduced sentence, reiterating arguments he raised in his numerous previous motions.  Mot. at 1–2.  The court declines to revisit these arguments again and **the motion for compassionate release is summarily denied.**

The court has explained at length in its previous motions that a motion for compassionate release will only be entertained if Mr. Davis shows how changes in relevant circumstances have altered the balance of the sentencing factors in 18 U.S.C. § 3553(a).  Without the necessary evidence or change in law, the court will not entertain such motions in the future.

The government's request for an extension of time to file an opposition is **denied as moot.**

This order resolves ECF No. 488, 489 & 490.

IT IS SO ORDERED.

DATED: 1/7/2025

Kimberly J. Mueller
U.S. District Judge