UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:98-cr-00114-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| D'Angelo Davis, | |
| Defendant. | |

Defendant D'Angelo Davis, moving pro se, again seeks compassionate release under 18 U.S.C § 3582(c)(1)(A) based on "extraordinary and compelling reasons." Mot. at 1, ECF No. 493.

The court has repeatedly cautioned Mr. Davis that "future motions for compassionate release based on arguments similar to those raised in Mr. Davis's current and previous motions will be summarily denied unless Mr. Davis demonstrates the law or the relevant circumstances have changed." Order (Jan. 7, 2025) , ECF No. 491 (quoting Order (Apr. 12, 2023) at 2, ECF No. 472). Nevertheless, Mr. Davis submitted additional motions for compassionate release and the court summarily denied the motions as well as a subsequent motion for reconsideration. *See* Order (July 30, 2024) at 1–2, ECF No. 481; Order (Oct. 7, 2024), ECF No. 484; Order (Jan. 7, 2025) at 1. In the pending motion, Mr. Davis again asserts changes in the law warrant

1

compassionate release or a reduced sentence, reiterating and at times wholly restating arguments he raised in his numerous previous motions. The court declines to revisit these arguments again.

The court explained at length in its previous orders that it would only entertain a motion for compassionate release if Mr. Davis shows how changes in relevant information have altered the balance of the sentencing factors in 18 U.S.C. § 3553(a). Without the necessary evidence or change in law, the court cannot entertain essentially duplicative motions.

The court **summarily denies** the motion for compassionate release. It **denies as moot** the government's request for an extension of time to file an opposition.

This order resolves ECF Nos. 493 & 494.

IT IS SO ORDERED.

DATED: June 10, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE