1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   United States of America,                         No. 2:98-cr-00114-KJM-AC

12                        Plaintiff,                    ORDER

13        v.

14   D'Angelo Davis,

15                        Defendant.

16

17        Defendant D'Angelo Davis, moving pro se, requests the court reconsider its decision

18   denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  *See generally*,

19   Mot. Recons. (June 25, 2025), ECF No. 496.

20        Since 2020, Mr. Davis has filed numerous motions for compassionate release and related

21   motions for reconsideration.  *See* Mot. (June 8, 2020), ECF No. 409; Mot. Recons. (July 30,

22   2020), ECF No. 419; Mot. Recons. (Jan. 12, 2021), ECF Nos. 428 & 429; Mot. (June 7, 2021),

23   ECF No. 439; Mot. (Jan. 30, 2023), ECF No. 466; Mot. (Dec. 17, 2024), ECF No. 488; Mot.

24   (May 27, 2025), ECF No. 493.  Mr. Davis has also unsuccessfully appealed this court's orders

25   denying his motions for compassionate release.  *See* Mandate (May 23, 2024), ECF No. 479;

26   Mandate (May 5, 2022), ECF No. 447.

27        The court has cautioned Mr. Davis that future motions based on arguments previously

28   raised and already considered will be summarily denied unless he demonstrates the law or

                                          1

1  relevant circumstances have changed.  Despite repeated warnings, Mr. Davis continues to refile

2  repetitive motions for compassionate release and motions for reconsideration.

3       Mr. Davis's most recent motion for reconsideration does not show how changes in any

4  relevant information have altered the balance of the sentencing factors in 18 U.S.C. § 3553(a).

5  Without the necessary evidence or change in law, the court cannot entertain this essentially

6  duplicative motion.

7       The court **summarily denies** the motion for reconsideration.  The court also cautions

8  Mr. Davis that continued submission of repetitive or duplicative filings may result in restrictions

9  on his ability to file documents on the docket in the future.

10       This order resolves ECF No. 496.

11       IT IS SO ORDERED.

12  DATED:  July 7, 2025.

13

_____
UNITED STATES DISTRICT JUDGE